

# Service of Process Transmittal
03/07/2019
CT Log Number 535049050

| | |
|---|---|
| **TO:** | Kim Lundy Service of Process, Legal Support Supervisor<br>Walmart Inc.<br>702 SW 8th St, MS#0215<br>Bentonville, AR 72716-6209 |
| **RE:** | **Process Served in Ohio** |
| **FOR:** | Walmart Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Brown Teresa, Pltf. vs. Walmart, Inc. and Ohio Department of Medicaid, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint |
| **COURT/AGENCY:** | Hamilton County Court of Common Pleas, OH<br>Case # A1901092 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 07/06/2018 - Walmart Store, 8451 Colerain Avenue, Cincinnati, Hamilton County, OH 45239 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Columbus, OH |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/07/2019 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Ohio |
| **APPEARANCE OR ANSWER DUE:** | Within 28 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Michael D. Weisensel<br>Law Offices o fBlake R. Maislin, LLC<br>2215 Arbor Blvd.<br>Moraine, OH 45439<br>937-444-4444 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/07/2019, Expected Purge Date: 03/12/2019<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43219<br>617-531-5859 |

Page 1 of  1 / JR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

AFTAB PUREVAL
1000 MAIN STREET   ROOM 315
CINCINNATI  OH 45202
COMMON PLEAS CIVIL
A 1901092  D 1

Case: 1:19-cv-00247-SJD-SKB Doc #: 1-1 Filed: 04/04/19 Page: 2 of 8  PAGEID #: 8

# CERTIFIED MAIL



**FIRST-CLASS MAIL**
neopost
03/04/2019
US POSTAGE $006.25⁰

ZIP 45202
041L12203304



7194 5168 6310 0885 1209

03/04/2019  SUMMONS & COMPLAINT
WALMART INC
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY STE 125
COLUMBUS OH 43219

COPY

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

TERESA BROWN
    PLAINTIFF

                                        Use below number on
                                        all future pleadings

   -- vs --

                                       No.  A 1901092
                                              SUMMONS

WALMART INC
    DEFENDANT

    WALMART INC
    CT CORPORATION SYSTEM               D - 1
    4400 EASTON COMMONS WAY STE 125
    COLUMBUS OH 43219

You are notified
that you have been named Defendant(s) in a complaint filed by

    TERESA BROWN
    5904 MEYERS DRIVE
    CINCINNATI OH 45215

                                                                     Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney          AFTAB PUREVAL
MICHAEL D WEISENSEL                 Clerk, Court of Common Pleas
2215 ARBOR BLVD                         Hamilton County, Ohio
MORAINE        OH        45439

                                            By  <u>RICK HOFMANN</u>
                                                                         Deputy

                                            Date:    March 4, 2019

D124707701



# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

ELECTRONICALLY FILED
March 1, 2019 10:11 AM
AFTAB PUREVAL
Clerk of Courts
Hamilton County, Ohio
CONFIRMATION 822945

**TERESA BROWN**  A 1901092

vs.

**WALMART INC**

**FILING TYPE: INITIAL FILING (IN COUNTY) WITH NO JURY DEMAND**

**PAGES FILED: 4**

EFR200

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| TERESA BROWN<br>5904 Meyers Drive<br>Cincinnati, Ohio 45215 | : <br> : <br> : <br> : | Case No.: |
| Plaintiff, | : <br> : <br> : | (Judge:         )<br><br>**COMPLAINT** |
| vs. | : <br> : | |
| WALMART, INC.<br>8451 Colerain Avenue<br>Cincinnati, Ohio 45239 | : <br> : <br> : <br> : | |
|     Please Serve Statutory Agent:<br>    CT Corporation System<br>    4400 Easton Commons Way<br>    Suite 125<br>    Columbus, Ohio 43219 | : <br> : <br> : <br> : <br> : <br> : | |
| and | : <br> : | |
| OHIO DEPARTMENT OF MEDICAID<br>Please Serve:<br>Joseph McCandlish, Esq.<br>150 E. Gay Street, 21st Floor<br>Columbus, Ohio 43215 | : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

    Now comes Plaintiff, by and through counsel, and as and for her Complaint against Defendants states as follows:

    1.    Plaintiff Teresa Brown resides at 5904 Meyers Drive, Cincinnati, Hamilton County, Ohio 45215, and has so resided at all times relevant herein.

    2.    Defendant Walmart, Inc. is a corporation authorized to do business in Hamilton County Ohio with a store at 8451 Colerain Avenue, Cincinnati, Hamilton County, Ohio 45239.

    3.    All occurrences, which form the basis of this complaint, occurred within Hamilton County, Ohio.

## COUNT ONE

4. Plaintiff incorporates by reference paragraphs one through three as though fully rewritten herein.

5. On or about July 6, 2018, Plaintiff Teresa Brown was a lawful invitee at Defendant Walmart, Inc.'s store at 8451 Colerain Avenue when a shelving unit slid and/or collapsed and struck her in the head.

6. Defendant Walmart, Inc. had a duty to Plaintiff and the public in general to maintain its premises in a safe condition and to warn its business invitees of latent or concealed defects, of which it knew or should have known.

7. Defendant Walmart, Inc. failed to make safe or warn the Plaintiff about a latent or concealed defect in their store which they knew or should have known existed.

8. Defendant Walmart, Inc. caused the dangerous condition with the shelf that slid and/or collapsed and injured the Plaintiff.

9. Defendant Walmart, Inc. breached their duties owed to Plaintiff Teresa Brown in that: (a) they knew or should have known the subject shelving was unsafe and dangerous and, (b) they failed to warn the Plaintiff and/or remedy the unsafe and dangerous shelving.

10. As a direct and proximate result of the Defendant Walmart Inc.'s negligence, Plaintiff Teresa Brown has sustained severe and permanent injuries and has incurred medical expenses and shall continue to incur medical expenses in the future with reasonable medical certainty; Plaintiff Teresa Brown has suffered lost wages and shall continue to do so in the future with reasonable certainty; and Plaintiff Teresa Brown has further sustained past pain and suffering and will continue to do so in the future with reasonable medical certainty.

## COUNT TWO

11. Plaintiff hereby incorporates by reference paragraphs one through ten as though fully rewritten herein.

12. Plaintiff had health insurance with Defendant Ohio Department of Medicaid on the date of the above-described incident.

13. As a result of the above-described accident, Defendant Ohio Department of Medicaid should pay, did pay or may have paid some of Plaintiff Teresa Brown's medical bills from the instant accident.

14. Defendant Ohio Department of Medicaid is or may be subrogated to a portion of the Plaintiff's claims against Defendant Walmart, Inc. and should be required to continue to pay their obligation and/or assert their interests or otherwise be forever barred from doing so as to any party hereto.

15. Plaintiff demands that Ohio Department of Medicaid pay Plaintiff's medical bills and/or assert any interest said Defendant may have in the instant manner or otherwise be forever barred in doing so as to any party hereto.

WHEREFORE, Plaintiff Teresa Brown prays for judgment against Defendant Walmart, Inc. in an amount yet to be determined but in excess of Twenty-Five Thousand Dollars ($25,000.00), as and for compensatory damages; Plaintiff Teresa Brown prays that Defendant Ohio Department of Medicaid be required to assert any interest said Defendant may have in the instant matter or otherwise be forever barred from doing so as to any party hereto; and Plaintiff Teresa Brown further prays for all relief to which she may be entitled at law and/or equity, including pre-judgment interest.

Respectfully submitted,

Michael D. Weisensel (0067660)
Attorney for Plaintiff
Law Offices of Blake R. Maislin, LLC
2215 Arbor Blvd.
Moraine, Ohio 45439
Telephone: (937) 444-4444
Fax: (937) 640-3042
mweisensel@maislinlaw.com

## INSTRUCTIONS TO CLERK

Please serve the Complaint on all Defendant(s) at the addresses identified in the caption.

Michael D. Weisensel, Esq. (0067660)